1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCELLUS ALEXANDER GREENE,

11          Plaintiff,                    No. CIV S-11-2237 JAM EFB P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS,

14
            Defendant.                    ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On January 18, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   ////

1          1.  The findings and recommendations filed January 18, 2012, are adopted in full;

2          2.   Plaintiff's applications to proceed *in forma pauperis* (Dckt. Nos. 7, 9) are

3  denied;

4          3.  Plaintiff be directed to pay the $350 filing fee within 30 days.  See 28 U.S.C.

5  § 1914(a); and

6          4.  Plaintiff is admonished that failure to timely pay the filing fee will result in

7  dismissal of this action.

8  DATED:    April 9, 2012

9                                          /s/ John A. Mendez

10                                         UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26