IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS ALEXANDER GREENE,

    Plaintiff,                    No. CIV S-11-2237 JAM EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.                  ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 18, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed January 18, 2012, are adopted in full;

2. Plaintiff's applications to proceed *in forma pauperis* (Dckt. Nos. 7, 9) are denied;

3. Plaintiff be directed to pay the $350 filing fee within 30 days. <u>See</u> 28 U.S.C. § 1914(a); and

4. Plaintiff is admonished that failure to timely pay the filing fee will result in dismissal of this action.

DATED:   April 9, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE