IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS ALEXANDER GREENE,

    Plaintiff,　　　　　　　　　　No. CIV S-11-2237 JAM EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.　　　　　　　　　　<u>ORDER</u>

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 10, 2012, the court denied plaintiff's application to proceed in forma pauperis because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g) and was not under imminent threat of serious physical injury when he filed the complaint. The court directed plaintiff to pay the $350 filing fee within 30 days. The court also admonished plaintiff that failure to timely pay the filing fee would result in dismissal of this action.

       On April 19, 2012, plaintiff responded to the court's order, stating that he "object[s] to being held to pay $350.00 to have justice done on this unambiguous issue." Dckt. No. 12.

///

1

1  Unless plaintiff proceeds in forma pauperis, he is required to pay the full filing fee
2  to proceed with this action.  *See* 28 U.S.C. § 1914(a).  Plaintiff is not eligible to proceed in forma
3  pauperis and has not paid the filing fee as ordered.
4  Accordingly, IT IS HEREBY ORDERED that this action is dismissed.
5  DATED: July 27, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE