IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS ALEXANDER GREENE,

       Plaintiff,                      No. 2:11-cv-2237 JAM EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

       Defendant.                    <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 27, 2012, the court dismissed this action after plaintiff failed to pay the filing fee as directed. On September 24, 2012, plaintiff filed a motion to vacate judgment. Rule 60(b) of the Federal Rules of Civil Procedures provides in relevant part for relief from judgment on the basis of "mistake, inadvertence, surprise, or excusable neglect" or "any other reason that justifies relief." Fed. R. Civ. Pro. 60(b)(1), (6). Plaintiff's motion fails to demonstrate that he is entitled to relief from judgment.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 24, 2012 motion to vacate judgment is DENIED.

DATED: October 10, 2012

                                          /s/ John A. Mendez
                                          UNITED STATES DISTRICT COURT JUDGE